**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––

**No. 22-6700**

––––––––––––––

JERAD M. ROSS,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA; THE VIRGINIA DEPT. OF CORR.; HAROLD W. CLARKE; DAVID A. ROBINSON; RICK E. WHITE,

        Defendants - Appellees.

––––––––––––––

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:22-cv-00179-MFU-JCH)

––––––––––––––

Submitted:  October 18, 2022            Decided:  October 21, 2022

––––––––––––––

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

––––––––––––––

Affirmed by unpublished per curiam opinion.

––––––––––––––

Jerad Ross, Appellant Pro Se.

––––––––––––––

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerad Ross appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ross v. Virginia*, No. 7:22-cv-00179-MFU-JCH (W.D. Va. June 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*